Cite as 2017 Ark. 16

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CRIMINAL PRACTICE | **Opinion Delivered** January 26, 2017 |

## PER CURIAM

Casey Castleberry, Esq., of Batesville, Samuel Pasthing, Esq., of Flippin, and Brent Standridge, Esq., of Benton are reappointed to the Committee on Criminal Practice for three-year terms to expire on January 31, 2020. We thank them for their continued service.